UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENGYANG DAI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ERDAN LIU, et al.,<br><br>    Defendants. | Case No. 24-cv-00356-VKD<br><br>**ORDER DIRECTING DEFENDANTS TO FILE RESPONSE AND TO SHOW CAUSE RE DECEMBER 6, 2024 DISCOVERY DISPUTE LETTER BRIEFS**<br><br>Re: Dkt. Nos. 44, 45 |

On December 6, 2024, plaintiffs filed two unilateral discovery dispute letter briefs. Dkt. Nos. 44, 45. By **noon on December 10, 2024**, defendants shall file a substantive response to plaintiffs' discovery dispute letters. The contents of the response must comply with the word limits and other requirements in the Court's Standing Order for Civil Cases. *See* https://cand.uscourts.gov/standing-order-for-civil-cases-april-2024/ (discovery dispute resolution procedures). By **noon on December 10, 2024**, defendants shall also separately file a response to this order and show cause why they should not be sanctioned for failure to comply with the Standing Order's requirements regarding the resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: December 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge