UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENGYANG DAI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ERDAN LIU, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-00356-VKD<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

On April 24, 2024, the Court issued a scheduling order that, among other things, set a final pretrial conference for July 16, 2025, 9:30 a.m. Dkt. No. 21. The scheduling order expressly directed the parties to "comply with the requirements, deadlines and procedures outlined in Judge DeMarchi's Standing Order re Pretrial Preparation[.]" *Id*. at 2. On May 12, 2025, the Court vacated the then pending trial dates and directed the parties to file a joint status repot regarding new trial dates. Dkt. No. 97. Notwithstanding the continuance of the trial, the order stated:

> **The final pretrial conference remains as currently set for July 16, 2025, 9:30 a.m.** The parties are expected to fully comply with the Court's Standing Order re Pretrial Preparation, which requires (among other things) the parties to exchange (but not file) pretrial materials by **June 25, 2025**, and to file and/or lodge pretrial motions and other materials by **July 2, 2025** and **July 9, 2025**.

*Id*. at 1-2. The relevant deadlines have passed, and the record reflects that *neither* plaintiffs nor defendants have complied with the Court's Standing Order re Pretrial Preparation or the May 12, 2025 order.

Accordingly, counsel for plaintiffs and defendants—including lead counsel and all attorneys with responsibility for handling this case—shall appear **in person** on **July 16, 2025,**

1   **9:30 a.m.** in **Courtroom 8, on the fourth floor** of the United States District Court, 280 South
2   First Street, San Jose, California 95113, and show cause why they should not be sanctioned for
3   their failure to comply with the Court's orders and deadlines.
4       **IT IS SO ORDERED.**
5   Dated: July 10, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge