UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENGYANG DAI, et al.,

   Plaintiff,

v.

ERDAN LIU, et al.,

   Defendant.

Case No. 5:24-cv-00356-VKD

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

Re: Dkt. No. 119

On behalf of (party name) 3 KINGDOMS, INC., 3 KINGDOMS, LLC, ERDAN LIU, the following attorney(s)

   (1) move(s) to substitute as counsel of record,

   (2) certify they are members in good standing of this Court's bar,

   (3) attest to the consent of current counsel to be withdrawn, and

   (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

ROBERT C. HSU / LEXINT LAW GROUP APLC

Name(s) of counsel withdrawing from representation and firm name:

ZHENG LIU, JINGYI GUO / APTUM LAW

Date: August 25, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: August 26, 2025

*/s/ Virginia K. DeMarchi*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

Virginia K. DeMarchi