UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENGYANG DAI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ERDAN LIU, et al.,<br><br>    Defendants. | Case No. 24-cv-00356-VKD<br><br>**ORDER DIRECTING ATTORNEY ZHENG "ANDY" LIU TO SHOW CAUSE WHY THE COURT SHOULD NOT REFER HIM TO THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT**<br><br>**ORDER DIRECTING DEFENDANTS TO FILE UPDATED STATUS REPORT** |

Attorney Zheng "Andy" Liu of the law firm Aptum Law represented defendants in this action from June 24, 2024 through August 26, 2025, when the Court granted defendants' motion to substitute new counsel. *See* Dkt. Nos. 35, 120.

The Court held a final pretrial conference in this matter on September 3, 2025. Defendants were represented by current counsel Robert C. Hsu of the Lexint Law Group APLC. The case is set for a jury trial commencing on November 3, 2025. *See* Dkt. No. 124.

In a status report file on September 10, 2025, defendants advised the Court as follows:

> Defendants have encountered substantial difficulty in preparing their defense due to the refusal of prior counsel to deliver the complete client file. Despite the Court's directive at the Pretrial Conference that all exhibits be provided, prior counsel has failed to comply. Repeated requests for production of the case file, including electronic means provided to facilitate transfer, have been ignored or deflected. This lack of cooperation continues to prejudice Defendants' ability to prepare for trial. . . . Defendants remain committed to full compliance with Court directives respectfully

> submits to the Court the current difficulty in achieving full compliance due prior party's lack of cooperation.

Dkt. No. 125 at 2.

Civil Local Rule 11-4(a) provides, among other things, that each member of the bar of this court must comply with the standards of professional conduct imposed by the State Bar of California; must comply with the Local Rules of the Court; and must discharge his or her obligations to his or her client and the Court. *See* Civil L.R. 11-4(a). Attorney Liu is a member of the bar of the Northern District of California as well as a member of the State Bar of California. If, as defendants report, Attorney Liu has failed to provide their current counsel with the client file, copies of the trial exhibits, and other materials necessary for current counsel to represent them in this action, Attorney Liu's conduct may violate applicable rules of professional responsibility, as well as Civil Local Rule 11-4(a). *See, e.g.,* Cal. Rules of Professional Conduct, Rule 1.16(e)(1) ("Upon the termination of a representation for any reason . . . the lawyer promptly shall release to the client, at the request of the client, all client materials and property," including "correspondence, pleadings, deposition transcripts, experts' reports and other writings, exhibits, and physical evidence, whether in tangible, electronic or other form, and other items reasonably necessary to the client's representation, whether the client has paid for them or not[.]"). In addition, Attorney Liu's reported conduct threatens to disrupt the pretrial and trial schedule set by the Court.

Accordingly, the Court orders as follows:

1. By **September 22, 2025**, **attorney Zheng "Andy" Liu shall file a response to this order and show cause** stating why the Court should not refer him to the Standing Committee on Professional Conduct for the Northern District of California for investigation and possible discipline. *See* Civil L.R. 11-6(a).

2. By **September 22, 2025**, defendants shall file an updated status report advising the Court of whether Attorney Liu has provided the materials described in paragraph 3 of the status report at Dkt. No. 125, and if not, what materials have not yet been provided.

//
//

1   The Court directs the Clerk of the Court to deliver a copy of this order to Attorney Liu by

2   email and mail at the following addresses:

> Zheng "Andy" Liu
> 1660 S Amphlett Blvd Suite 315
> San Mateo, CA 94402
> Andy.Liu@AptumLaw.us

**IT IS SO ORDERED.**

Dated: September 15, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge