Robert C. Hsu (SBN 225437)
LEXINT LAW GROUP, APLC
135 S State College Blvd., Ste 200
Brea, CA 92821
Telephone: (626) 286-7055
Facsimile: (562) 999-3321

Attorney for Defendants,
3 KINGDOMS, INC. 3 KINGDOMS, LLC. and ERDAN LIU

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGYANG DAI, CESAR FELIPE, MARIE ORTIZ, and JULIO CALICIA,<br><br>Plaintiffs,<br>vs.<br><br>3 KINGDOMS, INC., a California Corporation; 3 KINGDOMS, LLC, a Delaware Limited Liability Corporation; ERDAN LIU, an individual,<br><br>Defendants. | Case No: 5:24-cv-00356-VKD<br><br>**DEFENDANTS' STATUS REPORT RE EXHIBITS LIST AND OBJECTIONS TO VIDEO/AUDIO EXHIBITS**<br><br>Complaint Filed: January 22, 2024<br><br>Unlimited Civil Case |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Pretrial Order No. 1, the parties have met and conferred and are now jointly submitting a status report regarding translations of exhibits well in advance of trial.

**1. Exhibit Withdrawals**

Defendants, after reviewing Plaintiffs' exhibits, formally withdraw all of their previously submitted exhibits, including Exhibits 17–21 (WeChat screenshots between Mengyang Dai and

Erdan Liu) as they are duplicates of plaintiffs' exhibits or use for impeachment purpose only. Therefore, Defendants have no exhibits to submit.

**2. Defendants' Objections to the proffered translation of Plaintiff's Exhibits**

Defendants object to Plaintiff's Exhibits 13, 15,17 on the grounds that they lack proper foundation, as it is unclear who operated the phone and played the video. In addition, any video exhibits must be accompanied by a transcript, and a translation of the transcript content must also be provided in exhibits to ensure accuracy and admissibility.

Plaintiffs have asserted that they are in the process of preparing the transcripts and translations. Defendants have not yet received these materials and therefore do not have sufficient time to review them today. Defendants will submit a further status report regarding any objections in a timely manner once Plaintiffs provide the updated transcripts and translations.

Dated: September 19, 2025　　　　　　　**LEXINT LAW GROUP APLC**

　　　　　　　　　　　　　　　　　　___/s/ Robert C. Hsu_____
　　　　　　　　　　　　　　　　　　Robert C. Hsu
　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　**3 KINGDOMS, INC., 3 KINGDOMS, LLC., and ERDAN LIU**

# DECLARATION OF ROBERT C. HSU

I Robert C. Hsu declare:

1. I am an attorney duly licensed and admitted to practice law in the state of California and in the United States District Court for the Norther District of California. I am the attorney of record for Defendants 3 Kingdoms Inc., 3 Kingdoms LLC and Erdan Liu. The following facts are of my personal knowledge and can completely testify thereto if called upon.

2. Exhibits 1 through 9 are true and correct copies of email correspondence between Robert C. Hsu, counsel for Defendants, and X. Young Lai, counsel for Plaintiffs. As of the time of this filing, and despite diligent efforts by Defendants' counsel to obtain a joint submission or concurrence from Plaintiffs' counsel, no such approval has been secured. Accordingly, to ensure timely compliance with the Court's order, Defendants respectfully submit this Status Report on their own behalf.

    I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Date: 09/19/2025                             ___/s/ Robert C. Hsu_____

                                                                          Robert C. Hsu