X. Young Lai, #275396
Law Offices of X. Young Lai
84 W. Santa Clara Street, Suite 700
San Jose, CA 95113
TEL: (408)228-3995
FAX: (866)610-9505
gagelegal@gmail.com


Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGYANG DAI, CESAR FELIPE, MARIE ORTIZ, and JULIO CALICIA<br><br>Plaintiff<br><br>vs.<br><br>3 KINGDOMS, INC.,<br>a California Corporation;<br>3 KINGDOMS, LLC,<br>a Delware Limited Liability Corporation;<br>ERDAN LIU, an individual<br><br>Defendants. | CASE NO. :   5:24-cv-00356-VKD<br>.<br>**PLAINTIFFS' DEFENDANTS' STATUS REPORT ON EXHIBITS LISTS AND OBJECTIONS TO EXHIBIT** |

Defendants have withdrawn all their exhibits, all of which are duplicates of Plaintiffs'. Given that, Plaintiffs withdrew objections to Defendants' Exhibit Nos. 17-21, and Plaintiffs have no revised trial exhibits to lodge with the Court or exhibit lists to file, at this time.

Defendants did not object to Plaintiffs' Exhibit Nos. 13, 15, and 17, the voice messages made by Defendant Erdan Liu, until today. The three messages were played and translated by a certified translator during the deposition of Liu, and the translation is shown on the transcript. However, in the interest of cooperation and efficiency, Plaintiffs offered to provide written translations for the three messages.

Therefore, Plaintiffs respectfully request a two-week extension for Plaintiffs to procure the translations and file the written translations as supplemental exhibits, for the Parties to meet and confer, and for Defendants to file new objections, if any.

DATED:  9/19/2025                              LAW OFFICES OF X. YOUNG LAI


                                          By:_____/s/X. Young Lai_____

                                            X. Young Lai, Attorney for Plaintiffs