Robert C. Hsu (SBN 225437)
LEXINT LAW GROUP, APLC
135 S State College Blvd., Ste 200
Brea, CA 92821
Telephone: (626) 286-7055
Facsimile: (562) 999-3321

Attorney for Defendants,
3 KINGDOMS, INC. 3 KINGDOMS, LLC. and ERDAN LIU

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGYANG DAI, CESAR FELIPE, MARIE ORTIZ, and JULIO CALICIA,<br><br>            Plaintiffs,<br>    vs.<br><br>3 KINGDOMS, INC., a California Corporation; 3 KINGDOMS, LLC, a Delaware Limited Liability Corporation; ERDAN LIU, an individual,<br><br>            Defendants. | Case No: 5:24-cv-00356-VKD<br><br>**DEFENDANTS' STATUS REPORT PURSUANT TO COURT ORDER, DKT.126**<br><br>Complaint Filed: January 22, 2024<br><br>Unlimited Civil Case |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants 3 KINGDOMS, INC.,3 KINGDOM LLC., and ERDAN LIU, through undersigned counsel, respectfully submit this updated Status Report pursuant to the Court's September 15, 2025 Order (Dkt. 126):

Since the last order, prior counsel has provided us with additional documents. These include: the Complaint (Dkt. 1), Answer (Dkt. 31), the exhibit binder containing all 21 proposed exhibits, the Joint Discovery Letter (Dkt. 56), Plaintiffs' discovery requests, and Defendants'

responses to Plaintiffs' First Set of Requests for Production, Requests for Admission, and Special Interrogatories, as well as the Second and Third Amended Responses to those requests. We also received the Court's Order Re-Setting Certain Pretrial Deadlines and Striking Defendants' July 16, 2025 Filings (Dkt. 111), along with meet-and-confer communications between prior counsel and Plaintiffs' counsel by email and in writing. Prior counsel has informed us that, with these productions, we have received the complete set of documents in their possession.

Dated: September 22, 2025 **LEXINT LAW GROUP APLC**

　/s./ Robert C. Hsu
Robert C. Hsu
Attorney for Defendants
**3 KINGDOMS, INC., 3 KINGDOMS, LLC., and ERDAN LIU**

**DECLARATION OF ROBERT C. HSU**

I Robert C. Hsu declare:

1. I am an attorney duly licensed and admitted to practice law in the state of California and in the United States District Court for the Norther District of California. I am the attorney of record for Defendants 3 Kingdoms Inc., 3 Kingdoms LLC and Erdan Liu. The following facts are of my personal knowledge and can completely testify thereto if called upon.

2. On September 15, 2025, at 7:35 p.m., I emailed prior counsel Zheng "Andy" Liu attaching the Court's order (Dkt. 126) and requesting production of the complete client file, including all correspondence, invoices, client documents, pleadings, communications with Plaintiffs' counsel, discovery materials, motions, and attorney notes. A true and correct copy of this email is attached as Exhibit 1. The invoices and communications were requested in order to confirm the scope of work performed and billed by prior counsel, including whether any depositions of the opposing parties were taken and whether propounded discovery requests were served.

3. On September 15, 2025, at 8:14 p.m., Attorney Liu replied requesting a copy of Dkt. 125 and asserting that Defendants had "falsely stated" information in paragraph 3, but did not provide any of the requested documents. A true and correct copy of this email is attached as Exhibit 2.

4. On September 15, 2025, at 8:17 p.m., Attorney Liu's colleague, Jingyi Guo, stated that all documents in their possession had already been uploaded to a Google Drive link provided earlier, but no further production was made. A true and correct copy of this email is attached as Exhibit 3.

5. On September 18, 2025, at 11:02 a.m. my colleague, Attorney Shannen Wu, emailed the Dkt. 125 to Attorney Liu. A true and correct copy of this email is attached as Exhibit 4.

6. On September 18, 2025, at 12:06 p.m., my colleague, Attorney Shannen Wu, emailed prior counsel and Ms. Guo asking whether Plaintiffs' exhibits had been provided and raising questions regarding translations. A true and correct copy of this email is attached as Exhibit 5.

7. On September 18, 2025, at 12:58 p.m., Ms. Guo replied referring to a zipped file titled "Exhibits Binder". A true and correct copy of this email is attached as Exhibit 6.

8. On September 18, 2025, at 1:33 p.m., Ms. Guo further replied and confirmed that her firm did not have Plaintiffs' exhibits and that she had not been involved in the meet-and-confer process. A true and correct copy of this email is attached as Exhibit 7.

9. On September 18, 2025, at 5:37 p.m., I emailed Attorney Liu again, specifically requesting the deposition transcript of Defendant Erdan Liu (taken February 11, 2025) and confirmation whether depositions of Plaintiffs had been conducted. A true and correct copy of this email is attached as Exhibit 8.

10. On September 18, 2025, at 5:42 p.m., Attorney Liu replied stating that he did not have the requested deposition transcript, Plaintiffs' exhibits, or other outstanding materials, and that he had already produced all documents in his possession. A true and correct copy of this email is attached as Exhibit 9.

11. On September 21, 2025, at 12:28 p.m., my colleague, Attorney Shannen Wu, emailed prior counsel and Ms. Guo to confirm whether a deposition transcript of Defendant Erdan Liu had been ordered and to clarify whether any Requests for Production or Requests for Admission had been served on Plaintiffs. A true and correct copy of this email is attached as Exhibit 10.

12. On September 22, 2025, at 09:56 a.m., Ms. Guo informed that they have provided us with the complete set of documents in their possession. A true and correct copy of this email is attached as Exhibit 11.

I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

Date:  09/22/2025                     /s./ Robert C. Hsu
                                       Robert C. Hsu