Robert C. Hsu (SBN 225437)
LEXINT LAW GROUP, APLC
135 S State College Blvd., Ste 200
Brea, CA 92821
Telephone: (626) 286-7055
Facsimile: (562) 999-3321

Attorney for Defendants,
3 KINGDOMS, INC. 3 KINGDOMS, LLC. and ERDAN LIU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGYANG DAI, CESAR FELIPE, MARIE ORTIZ, and JULIO CALICIA,<br><br>Plaintiffs,<br><br>vs.<br><br>3 KINGDOMS, INC., a California Corporation; 3 KINGDOMS, LLC, a Delaware Limited Liability Corporation; ERDAN LIU, an individual,<br><br>Defendants. | Case No: 5:24-cv-00356-VKD<br><br>**DEFENDANTS' STATUS REPORT REGARDING PLAINTIFFS' TRANSCRIPTS OF EXHIBITS NO. 13, 15, AND 17 (NO OBJECTIONS)**<br><br>Complaint Filed: January 22, 2024<br><br>Unlimited Civil Case |

**DEFENDANTS RESPECTFULLY SUBMIT THIS STATUS REPORT REGARDING PLAINTIFFS' TRANSCRIPTS OF EXHIBITS NO. 13, 15, AND 17 PURSUANT TO THE COURT'S ORDER (DKT. 132):**

On September 29, 2025, Defendants received Plaintiffs' transcripts of Exhibits 13, 15, and 17. After review, Defendants confirm that we have no objections to the translations provided. The parties have also scheduled a meet and confer for Thursday, September 25, 2025, at 4:00 p.m. to address any remaining issues concerning the joint proposed jury instructions and jury verdict form.

Defendants remain committed to cooperating with Plaintiffs' counsel to ensure full compliance with the Court's orders and to facilitate trial readiness.

Dated: September 30, 2025  **LEXINT LAW GROUP APLC**

       /s./ Robert C. Hsu_____
Robert C. Hsu
Attorney for Defendants
**3 KINGDOMS, INC., 3 KINGDOMS, LLC., and ERDAN LIU**