United States Bankruptcy Court
California Northern Bankruptcy Court

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/26/2025 at 11:39 AM and filed on 10/26/2025.

**Kyle Kwong**
7576 Peach Blossom Dr.
Cupertino, CA 95014
SSN / ITIN: xxx-xx-2111

**Erdan Liu**
7576 Peach Blossom Dr.
Cupertino, CA 95014
SSN / ITIN: xxx-xx-3660

The debtor's attorney is:

**Nancy Weng**
Farsad Law Office, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126
408-641-9966

The case was assigned case number 25-51652.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Edward J. Emmons**
**Clerk, U.S. Bankruptcy Court**



| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 10/26/2025 11:43:54 |||
| **PACER Login:** | nancyweng | **Client Code:** |

| **Description:** | Notice of Filing | **Search Criteria:** | 25-51652 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |