UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MENGYANG DAI, et al., | Case No. 24-cv-00356-VKD |
|---|---|
| Plaintiffs, | |
| v. | **ORDER FOR PARTIES' RESPONSE RE DEFENDANT LIU'S NOTICE OF BANKRUPTCY FILING** |
| ERDAN LIU, et al., | Re: Dkt. No. 146 |
| Defendants. | |

This morning defendant Erdan Liu filed a notice indicating that she has filed a voluntary petition for bankruptcy and that there is an automatic stay of judicial proceedings against the debtor. Dkt. No. 146. By **noon on October 28, 2025**, the parties shall file a joint statement or separate statements responding to the following questions:

1. Are Ms. Liu's counterclaims against Ms. Dai stayed?
2. Can or should the present action proceed as to the other defendants? Regardless, can or should the Court stay the claims and counterclaims as to the other defendants?
3. Do the parties agree that the jury trial scheduled to begin on November 3, 2025 should be continued until after the automatic stay is lifted?

**IT IS SO ORDERED.**

Dated: October 27, 2025

Virginia K. DeMarchi
United States Magistrate Judge