X. Young Lai, #275396
Law Offices of X. Young Lai
84 W. Santa Clara St., Suite 700
San Jose, CA 95113
TEL: (408)228-3995
FAX: (866)610-9505
gagelegal@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGYANG DAI, ET AL<br><br>Plaintiff<br><br>vs.<br><br>3 KINGDOMS, INC.,<br>a California Corporation; ERDAN LIU,<br>an individual,<br><br>Defendants. | CASE NO. :   5:24-cv-00356-VKD<br><br>PARTIES' RESPONSE TO ORDER, DKT NO. 147<br><br>Hearing Date:<br>Hearing Time:<br>Judge: Hon. Virginia K. DeMarchi |

In response to the Court's order issued October 27, 2025 (Dkt. No. 147), the parties answer the Court's questions as follows:

1. Are Ms. Liu's counterclaims against Ms. Dai stayed? Plaintiffs answer the question with a "No." Defendants disagree and believe that it may depend and should wait for further instruction from the bankruptcy court.

2. Can or should the present action proceed as to the other defendants? Regardless, can or should the Court stay the claims and counterclaims as to the other defendants? No, because all defendants are jointly liable, Erdan Liu is an essential party.  Therefore, the present action cannot proceed as to the other defendants, without her. The parties believe that the court should stay the whole action, including all the

PARTIES' RESPONSES TO ORDER

1

claims and counterclaims, for judicial economy and fairness to the remaining parties.

3. Do the parties agree that the jury trial scheduled to begin on November 3, 2025 should be continued until after the automatic stay is lifted? Yes, the parties agree that the jury trial should be continued until after the automatic stay is lifted. Plaintiffs plan to file a motion to lift the automatic stay in the bankruptcy court. The parties suggest having a status hearing in January or February 2026.

Dated:   10/27/2025                               /s/X. Young Lai/_____
                                                                X. Young Lai, Esq.
                                                              Attorney for Plaintiffs

Dated:   10/27/2025                                /s/ X. Young Lai
                                                                Robert C. Hsu, Esq.
                                                              Attorney for Defendants

PARTIES' RESPONSES TO ORDER

2